Mathew K. Higbee, SBN 11158
HIGBEE & ASSOCIATES
3110 W. Cheyenne Ave., #200
North Las Vegas, NV 89032
Telephone: (714) 617-8373
Email: mhigbee@higbee.law

*Attorneys for Plaintiff Great Bowery Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BOWERY INC., d/b/a TRUNK ARCHIVE, <br><br>        Plaintiff, <br><br> v. <br><br> OXYGENETIX INSTITUTE INC. and DOES 1 through 10 inclusive, <br><br>        Defendants. | Case No.: 3:24-cv-00147-MMD-CSD <br><br> **SECOND REQUEST FOR AN EXTENSION OF TIME FOR DEFENDNAT TO RESPOND TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff Great Bowery Inc., d/b/a Trunk Archive ("Plaintiff") hereby moves this Court for an extension of time for Defendant, Oxygenetix Institute Inc. ("Defendant") to respond to the initial Complaint. In support of this motion, Plaintiff hereby states as follows:

1. On March 27, 2024 Trunk Archive filed the Complaint. See ECF 1.

2. On April 10, 2024 Trunk Archive served the Complaint on Oxygenetix. See ECF 6.

3. On April 19, 2024 Trunk Archive filed a Motion for Extension of Time for Defendant to Respond to the Complaint. See ECF 7.

4. Previously, this Court permitted the parties an extension of 21 days, until May 22, 2024, for Defendant to respond to the Complaint. See ECF 7 and 8.

5. Defendant has now secured local counsel, and the parties are actively engaged in settlement discussions.

1

6. This, Plaintiff requests an additional 30 day extension, up to and including June 21, 2024, so that the Parties may continue their settlement discussions and hopefully resolve the matter.

7. Neither party will be prejudiced by this extension.

8. WHEREFORE, Plaintiff requests that the Court enter an order extending Defendant's time to serve and file an initial response to the Complaint for an additional 30 days, to June 21, 2024.

Dated: May 20, 2024                                    Respectfully submitted,

**/s/ Mathew K. Higbee**

Mathew K. Higbee, Esq.

Nevada Bar No. 11158

HIGBEE & ASSOCIATES

3110 W Cheyenne Ave, #200

North Las Vegas, NV 89032

(714) 617-8350

(714) 597-6729 facsimile

*Counsel for Plaintiff*

IT IS SO ORDERED.



CRAIG S. DENNEY

UINTED STATES MAGISTRATE JUDGE

DATED: May 20, 2024